JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RIDEAU, | Case No. EDCV 10-1804-GW (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| L. SCOTT McEWEN, Warden | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 2, 2011

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE